Same case below, 415 Fed. Appx. 473.

**No. 10-10928. Vernon Tolbert, Petitioner v. Donald Gaetz, Warden.**

565 U.S. 857, 132 S. Ct. 191, 181 L. Ed. 2d 99, 2011 U.S. LEXIS 6028.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-10929. David Lam Vuong, Petitioner v. Debra Dexter, Warden.**

565 U.S. 857, 132 S. Ct. 191, 181 L. Ed. 2d 99, 2011 U.S. LEXIS 6568.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10931. Craig Curtis, Petitioner v. United States.**

565 U.S. 857, 132 S. Ct. 191, 181 L. Ed. 2d 99, 2011 U.S. LEXIS 6295.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 635 F.3d 704.

**No. 10-10932. George Johnson, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

565 U.S. 857, 132 S. Ct. 191, 181 L. Ed. 2d 99, 2011 U.S. LEXIS 6047.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10933. Catherine L. Marston, Petitioner v. Brad Livingston, Executive Director, Texas Department of Criminal Justice, et al.**

565 U.S. 858, 132 S. Ct. 192, 181 L. Ed. 2d 99, 2011 U.S. LEXIS 6027.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 416 Fed. Appx. 376.

**No. 10-10935. John R. Lay, Petitioner v. James P. Clinton, et al.**

565 U.S. 858, 132 S. Ct. 192, 181 L. Ed. 2d 99, 2011 U.S. LEXIS 6022.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-10937. Felix Antonio Blanco Marte, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 858, 132 S. Ct. 192, 181 L. Ed. 2d 99, 2011 U.S. LEXIS 6146.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 417 Fed. Appx. 216.